# BUTLER | SNOW

February 12, 2018

**VIA HAND DELIVERY**
Yvonne Williams
1244 12th Avenue, South
Apartment 1244
Nashville, Tennessee 37203

Re: *Andre' L. Mayfield v. Tomeko Cleaves, et al.*; United States District Court for the Middle District of Tennessee; Civil Action Number 3:16-CV-3012

Dear Ms. Williams:

We represent Tomeko Cleaves, Ethan Howell, Lacondya Jackson, Delmar Maxwell, Shantel White, Stacey Williamson, and Keith Poch in a lawsuit that was filed against them by Andre' L. Mayfield in the United States District Court for the Middle District of Tennessee. A copy of the Complaint that Mr. Mayfield filed along with copies of all amended or supplemental versions of the Complaint that Mr. Mayfield filed are enclosed.

We understand that you are Mr. Mayfield's mother. We also understand that Mr. Mayfield recently passed away, and we are very sorry for your loss. Because he had a lawsuit pending, the Court has instructed us to serve you with a Suggestion of Death for Mr. Mayfield as it pertains to the lawsuit that he filed. That Suggestion of Death also is enclosed. Thank you very much. And, again, we are very sorry for your loss.

Sincerely,

Erin Palmer Polly

Erin Palmer Polly

EPP/pkg
Enclosures

40559286.v1

The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201

ERIN PALMER POLLY
615.651.6772
erin.polly@butlersnow.com

T 615.651.6700
F 615.651.6701
www.butlersnow.com

BUTLER SNOW LLP

**EXHIBIT A**